**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**RICHARD BETSWORTH**<br><br>*Defendant.* | Case: 1:26-mj-000157<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 9/9/2026<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging RICHARD BETSWORTH with distribution of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, while residing outside of the District of Columbia, on or about July 6, 2026, July 8, 2026, July 9, 2026, and July 27, 2026, BETSWORTH knowingly distributed material involving the sexual exploitation of minors via the chatting application Telegram into the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4. I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My tenure with the MPD spans 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (the “Target Offense”) have been committed by RICHARD BETSWORTH (“the Subject”) and others known and unknown.

**PROBABLE CAUSE**

7. Leading up to Tuesday, July 3, 2026, a Federal Bureau of Investigation (FBI) Washington Field Office (WFO) Task Force Officer (TFO) was acting in an undercover capacity (UC) as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a social media platform known to the UC as a place where people meet to discuss various fetishes among other things. The application is a privacy-oriented, anonymous social media app for sharing, venting, and connecting in a less identity-driven way. It allows you to engage in communities, post and reply anonymously, choose connections nearby or globally, and focus more on content than persona.

8. While in this platform the undersigned posted messages in several groups that he was a member of. The majority of these groups are taboo in nature and involve incest related discussions among other things. A user using the screen name, "Link2life" with a profile indicating that he was an 80-year-old male from Lexington, Kentucky initiated a private chat with the undersigned. This person was subsequently identified as RICHARD BETSWORTH ("Subject").

9. BETSWORTH sent the following message to the UC while in the Fetish website, "Hi, I'm not single but have strong similar thoughts. I can't talk about them here. Do you have Session."[1]

10. The UC began communicating with BETSWORTH via the Session social media application. The following is a portion of that chat conversation:

---

[1] Session is a privacy-focused, encrypted messaging application that allows users to communicate and transmit messages, photographs, and videos through unique account identifiers without requiring a telephone number or email address.

UC: Hey is this link2life this is XXXX (Redacted) from XXXX (Redacted)

BETSWORTH: Yes XXX (Redacted) I have often wished that I had the full access that being a single dad would have provided. How many and how old are yours.

BETSWORTH: I'm such a fucking perv!!

UC: Mine is 6

UC: Ex gf has a daughter that's 12 but I don't see her much

UC: It's fun for sure, and I'm very Taboo and pervy

BETSWORTH: When my daughter was a baby I played the good dad and bathed and changed her often. I got to play with her little pussy making sure she was clean!

BETSWORTH: Sometimes I'd lick it to make sure. There were times that I made a mess and had to clean it again.

BETSWORTH: I hope that is not to much for you.

11. Later in the chat the UC asked BETSWORTH a question about his previous encounters with his daughter. The following is a portion of that chat:

UC: When is the last time you got to play.

BETSWORTH: LOL MANY years ago! I was in the service and not around to groom her. I quit at about two when she started talking. She's 54 now but still hot. Het brother got her cherry. I found her on AFF and beat off to her pics a lot! Do you trade cp? Maybe not your daughter but other stuff?

12. On July 6, 2026, BETSWORTH sent the UC an image file via the Session application. The file depicted an infant lying on his/her back. An erect penis is pressing on the infant's mouth. The UC sent BETSWORTH an image of his purported daugher6 year-old

daughter[2] BETSWORTH responded, "In Dr's office right now. Ill send more later. Can I see her pussy?"

13. On July 8, 2026, BETSWORTH sent the UC another image file via the Session application. The image depicted a naked preteen female lying on her back with her legs completely spread open exposing her vagina. The UC responded to this image stating, "Sexy girl." BETSWORTH responded, "Yeah and nice looking cunt, especially if you zoom in! Slurp!!" The UC responded, "Oh yeah." BETSWORTH responded, "Big clit and open like she's been fucked."

14. On July 9, 2026, BETSWORTH sent the UC a video file that's 33 seconds in length. The video depicts an adult male masturbating his penis over an infant's face. The male is holding the infant down by its head while what appears to be a woman's hand is holding the infant's arm down. The male ejaculates in the mouth of the infant.

15. During the course of the chat BETSWORTH informed the UC that he obtains his CP through trading and stated that he hides his material and a secure folder with no label.

16. On Monday July 27, 2026, BETSWORTH sent the UC a video file 10 seconds in length. The file depicts a toddler female sucking on an erect penis.

17. On July 13, 2026, a member of the FBI CEHTTF served an administrative subpoena request on the social media site regarding user Link2Life. On that same day, the social media site responded and provided the following identifying information: email address needintimXXX@gmail.com, date on birth 02/XX/1946, and a Charter IP address resolving to Versailles, Kentucky. Those IP addresses were: (1) 65.28.226.233 on 2026-04-16 at 17:22:06 UTC and (2) 174.102.1.184 on 2026-06-24 at 03:47:25.

18. On July 15, 2026, a member of the FBI CEHTTF served an administrative subpoena

[2] This image does not depict an actual human being

request on Google regarding needintimXXX@gmail.com. On that same day, Google responded and provided a recovery phone number 859-XXX-5177. This phone number resolved to an "R Betsworth" in commercial databases.

19. A subpoena was served to Consumer Cellular for the phone number, but to date, FBI CEHTTF has not received a response.

20. On July 15, 2026, a member of the FBI CEHTTF served an administrative subpoena request on Spectrum C/O Charter Communications for IP Addresses 65.28.226.233 and 174.102.1.184. Charter Communications responded and provided the following subscriber information, Richard Betsowrth, XXX Lynnwood Drive, Versailles, KY 40383.

21. Queries in commercial databases for the name and address provided by Charter led to the full identification of the suspected user of Link2Life as Richard Betsworth, 02/XX/1946 (consistent with the DOB provided on his social media account), XXX Lynnwood Drive, Versailles, KY 40383. The date of birth would make the subject 80 years old, as Betsworth's profile stated on the social media platform the UC used to communicate with him. Betsworth's profile also indicated he was from Kentucky, which is consistent with the IP address information.

**CONCLUSION**

22. For the reasons set forth above, I submit that probable cause exists to believe that on or about and between July 6, 2026, and July 27, 2026, while residing outside the District of Columbia, BETSWORTH knowingly distributed material involving the sexual exploitation of minors via the messaging application Session into the District of Columbia, in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1). I respectfully request that a criminal complaint be issued for BETSWORTH.

Respectfully submitted,

Timothy Palchak
Senior Police Officer
Metropolitan Police Department of DC

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41 (d)(3) on the 9th of September, 2026.

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE